BENJAMIN WHIPPLE *vs.* PARDON R. WHIPPLE.

PROVIDENCE—JULY 15, 1901.

PRESENT : Stiness, C. J., Tillinghast and Dubois, JJ.

(1) *Trespass quare clausum.**

TRESPASS QUARE CLAUSUM FREGIT, tried before Mr. Justice Rogers on waiver of jury trial. Heard on defendant's petition for a new trial. New trial denied.

PER CURIAM. We find no error in the decision of Mr. Justice Rogers, and we adopt the same as the opinion of the court. See opinion on file, which, as it rests on facts alone— the question raised being one of adverse possession and there being no dispute about the law—need not be set out in full.

Petition for new trial denied, and judgment for the plaintiff in accordance with the decision.

*Edwards & Angell*, for plaintiff.
*Edward W. Blodgett*, for defendant.

------

* This case raises no point of law, but is reported in its proper order for the purpose of record as affecting the title to the land in suit.